NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**COMMUNICATION TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

———————————

2024-1590

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01221.

———————————

**O R D E R**

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2        COMMUNICATION TECHNOLOGIES, INC. V. SAMSUNG
ELECTRONICS CO., LTD.

accordance with the rules.


FOR THE COURT

October 18, 2024
      Date

Jarrett B. Perlow
Clerk of Court


     The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is